# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

ALBERT M. SCHUMPERT,                    )
                                        )
                    Petitioner,         )
                                        )
        vs.                             )        No. 1:07-cv-283-SEB-WTL
                                        )
PAROLE OFFICER BLANCHETT,               )
                                        )
                    Respondent.         )

# J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date:  03/02/2007                          *Sarah Evans Barker*
                                           SARAH EVANS BARKER, JUDGE
                                           United States District Court
                                           Southern District of Indiana

Distribution:

Albert Schumpert
3729 N Illinois Street
Indianapolis, IN 46208

Dockets.Justia.com