**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| ALBERT M. SCHUMPERT, )<br>)<br>        Petitioner, )<br>)<br>  vs. )<br>)<br>PAROLE OFFICER BLANCHETT, )<br>)<br>        Respondent. ) | No. 1:07-cv-283-SEB-WTL |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 03/02/2007

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Albert Schumpert
3729 N Illinois Street
Indianapolis, IN 46208